# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| BENJAMIN ARCHULETA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 13-03339-CV-S-DW |
| ) | |
| WARDEN LINDA SANDERS, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

Pursuant to Local Rule 72.1 of the United States District Court for the Western District of Missouri, the petition herein for a writ of habeas corpus (Doc. 1) was referred to United States Magistrate Judge David P. Rush for review under the provisions of 28 U.S.C. § 636(b). Magistrate Judge Rush has completed his review of the petition and subsequent pro se motions and has submitted to the undersigned a Report and Recommendation (Doc. 19) that the petition be dismissed for lack of jurisdiction.

Petitioner was ordered to serve and file any objections to the report and recommendation on or before September 23, 2014. To date, no objections have been filed. Therefore, after a de novo review of the proposed findings of fact and conclusions of law in this action, the Court concludes that the disposition recommended by Magistrate Judge Rush should be accepted. Accordingly, IT IS ORDERED that:

1. The Report and Recommendation (Doc. 19) shall be attached to and made a part of this Order;

2. The petition for a writ of habeas corpus (Doc. 1) is DISMISSED for lack of jurisdiction; and

3. The pending motions for relief (Docs. 4, 5, 7, and 9) and motions to transfer (Docs. 11, 17, and 18) are DENIED.

SO ORDERED.

Date: September 26, 2014 _____/s/ Dean Whipple_____
Dean Whipple
United States District Judge